# MEMORANDUM

TO MARC BROWN
Administrative Supervisor
U.S. Clerk's Office
Eastern District of New York

RE: Jr., GOODE, Robert
DOCKET #: 06-CR-233
**REQUEST FOR ACCEPTANCE OF
TRANSFER OF JURISDICTION**

   Reference is made to the above-noted individual who on June 14, 2007, following his plea of guilty to 21 USC 846, Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 500 Grams of Cocaine, was sentenced by Middle District of Pennsylvania United States District Judge (USDJ) William J. Nealon to fifty-one (51) months in custody to be followed by four (4) years on supervised release.

   On December 4, 2009, the offender commenced his term of supervised release. Because he resides in Queens, New York, he has been supervised by the Eastern District of New York.

   As a result of the offender's noncompliance, on November 19, 2010, USDJ Nealon authorized an order to transfer jurisdiction to the Eastern District of New York (EDNY). In light of the aforementioned, pursuant to 18 USC 3605, our office is requesting that jurisdiction be transferred to EDNY. Additionally, we respectfully request that this case be docketed and assigned to a United States District Judge. We have attached two copies of Probation Form 22, Transfer of Jurisdiction, signed by USDJ Nealon, Middle District of Pennsylvania.

   Should you have any questions or require additional information, please contact the undersigned officer at (347) 534-3543.

Very truly yours,

Steve Scherzer
U.S. Probation Officer

CR 10 - 924

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0314-3:CR-03-00233-003 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert Goode, Jr. | Middle/Pennsylvania | Scranton |
| | NAME OF SENTENCING DISTRICT JUDGE | |
| | The Honorable William J. Nealon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/4/2009 — TO 12/3/2013 |

JOHNSON

| OFFENSE |
|---|
| Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 500 Grams of Cocaine – 21 U.S.C. § 846 |
| Criminal Forfeiture – 21 U.S.C. § 853 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **EASTERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_November 19, 2010_  _____
Date   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

_____   _____
*Effective Date*   *United States District Judge*

# CR 10 - 924

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 0314-3:CR-03-00233-003 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Robert Goode, Jr. JOHNSON | DISTRICT Middle/Pennsylvania | DIVISION Scranton |
|---|---|---|
| | NAME OF SENTENCING DISTRICT JUDGE The Honorable William J. Nealon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/4/2009 — TO 12/3/2013 |

CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 30 2010 ★
BROOKLYN OFFICE

| OFFENSE |
|---|
| Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 500 Grams of Cocaine – 21 U.S.C. § 846<br>Criminal Forfeiture – 21 U.S.C. § 853 |

| PART 1 - ORDER TRANSFERRING JURISDICTION |
|---|

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **EASTERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_November 19, 2010_  _[signature]_
Date    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

| PART 2 - ORDER ACCEPTING JURISDICTION |
|---|

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

_____   _____
Effective Date    United States District Judge