NOV 30 2010

BROOKLYN OFFICE

CR 10 - 924

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0314-3:CR-03-00233-003 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Robert Goode, Jr. | DISTRICT Middle/Pennsylvania | DIVISION Scranton |
|---|---|---|
| | NAME OF SENTENCING DISTRICT JUDGE The Honorable William J. Nealon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/4/2009 — TO 12/3/2013 |

JOHNSON, U

OFFENSE
Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 500 Grams of Cocaine – 21 U.S.C. § 846
Criminal Forfeiture – 21 U.S.C. § 853

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **EASTERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 19, 2010
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

_ISI

Effective Date