RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

SEP 27 2011

TIME A.M.____
P.M.____

Ind/Dkt#: 10-CR-924     9/22/11

The Honorable Sterling Johnson Jr,

Hello, I'm writing you this letter because I don't know how to write up an order to produce. I also can't find anyone to do it for me because I don't have any funds for payment. As you know I have a federal detainer on me, because I violated my supervised release. I made a very bad decision which is costing my family and myself a lot of years of pain and suffering. I was sentenced in April of 2011 to 7yrs of state time, which superceeds my 3yrs that I have left on supervised Release. I'm asking if you can have the marshalls come and get me so that I can take care of this as soon as possible. I'm currently in a drug program which is helping me better myself. I'm begging of you to have them pick me up sometime after Feb. 2012 once I finish my program. I'm trying to get this matter settled now, so that I can take this burden of not knowing off my shoulders. Thank you.

Sincerely
Robert E. Goode Jr.