## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Ramon E. Reyes Jr.   **DATE :**  6/3/16

**DOCKET NUMBER:**   10CR924(SJ)   **LOG # :** 3:17 – 3:23

**DEFENDANT'S NAME :**   Robert Goode
   **X** Present   ___ Not Present   **X** Custody   ___ Bail

**DEFENSE COUNSEL:**   Jan Rostal
   **X** Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:**  Karthik Srinivasan    **DEPUTY CLERK :**  Felix Chin

**INTERPRETER :** _____ (Language) _____

_____ Hearing held. Detention  Hearing adjourned to 6/7/16 @ 2:00

___ Defendant was released on_____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

✓ Defendant's first appearance.   ✓ Defendant arraigned on the violation of probation.

✓ Attorney Appointment of ✓ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the violation of probation.

✓ Status conference set for 6/17/16 @ 9:30 before Judge Johnson

**OTHERS:** USPO Steve Scherzer present. Temporary order of detention entered.